UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FISHER-PRICE, INC., MATTEL, INC.
AND GRAVITY, INC.,

                        Plaintiffs,

        v.                                              **ORDER**

EVENFLO COMPANY, INC.,                                  05-CV-280S

                        Defendant.

        1.      On October 3, 2005, William E. Wallace, III, Jay I. Alexander and James R.

Hughes, counsel for Plaintiffs Fisher-Price, Inc., Gravity, Inc. and Mattel, Inc., jointly moved

for *pro hac vice* admission to this Court under Rule 83.1 of the Local Rules of Civil

Procedure for the Western District of New York.  Each attorney filed his own or her own

declaration in support of the joint motion.

        2.      Admission *pro hac vice* in this district is governed by Local Rule 83.1(i), which

requires that each applicant for *pro hac vice* admission satisfy all of the requirements for

attorney admission set forth in Local Rule 83.1(b).  A motion for *pro hac vice* admission

must therefore contain a verified petition from the attorney seeking admission satisfying

the requirements listed in Local Rule 83.1(b)(1)-(6).  This Court has reviewed the joint

motion and each attorney's declaration and finds all to be in order.  Each counsel will

therefore be admitted *pro hac vice* to this Court.

        IT HEREBY IS ORDERED, that the Motion for Admission *Pro Hac Vice* (Docket No.

32) is GRANTED.  Counsel are admitted *pro hac vice* subject to payment of the required

fee.

     SO ORDERED.

Dated:   October 4, 2005
          Buffalo, New York

                                     /s/William M. Skretny
                                    WILLIAM M. SKRETNY
                            United States District Judge